UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| EXPRESS MOBILE, INC., | |
|---|---|
| Plaintiff, | Case No. 19-cv-03353-RS |
| v. | **STANDBY ORDER OF DISMISSAL** |
| PHASE2 TECHNOLOGY LLC, | |
| Defendant. | |

The Court has been informed that the above-entitled action has settled. Accordingly, the Court vacates all pretrial and trial dates. The parties are required to file a stipulation of dismissal by **February 20, 2020**. If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on **February 27, 2020, at 1:30 p.m. in Courtroom 3, 17th Floor of the San Francisco Courthouse** and show cause why the case should not be dismissed. Failure to comply with this Order may result in dismissal of the case.

**IT IS SO ORDERED.**

Dated: January 13, 2020

_____
Richard Seeborg
United States District Judge